**Criminal Case Cover Sheet**                                           **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II _____   **Investigating Agency** DEA _____

**City** Somerville, Lowell, Winthrop        **Related Case Information:**

**County** Middlesex, Suffolk

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant X _____ |
| Magistrate Judge Case Number | 26-7018-JCB |
| Search Warrant Case Number | see additional info |
| R 20/R 40 from District of | _____ |

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name** FRANKLIN ARGUETA                    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** FRIZZ

**Address:** Lowell, Mass.

Birth date (Yr only): 1996    SSN (last 4#): 4668   Sex: M    Race _____   Nationality: _____

**Defense Counsel if known:** _____        Address: _____

**Bar Number:** _____

**U.S. Attorney Information**

AUSA: Samuel R. Feldman                    Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No         List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:** _____

**Arrest Date:** 2/11/2026

☑ Already in Federal Custody as of  2/11/2026    in  Lowell PD    .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____   on _____

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 2/12/2026        Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   FRANKLIN ARGUETA, a/k/a "FRIZZ"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

25-7545-JCB, 26-7012, 7013, 7014, 7015-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013